UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

---

ALEXIS M. HERMAN,
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

MANCHAC SEAFOOD, INC, a corporation, and,
MANCHAC CRAB CO. DIVISION, INC., a
corporation, and MICHAEL ROBIN, individually
and as corporate officer,

    Defendants.

---

CIVIL ACTION

No. **00-0041**

SECT. E MAG. 2

## JUDGMENT

Plaintiff has filed her complaint and defendants, Manchac Seafood, Inc., Manchac Crab Co. Division, Inc., and Michael Robin, have waived their defenses and they agreed to the entry of judgment without contest. It is, therefore, upon motion of the plaintiff and for cause shown,

ORDERED, ADJUDGED and DECREED that defendants, their officers, agents, servants, employees and all persons in active concert or participation with them be and they hereby are permanently enjoined and restrained from violating the provisions of 6, 7, 11(c), 15(a)(1), 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., hereinafter referred to as the Act, in any of the following manners:

1. Defendants shall not, contrary to Sections 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206 and 215(a)(2), pay any employee who is engaged in commerce or in the production of goods for commerce, or who is employed in an enterprise engaged in commerce or in the production of

DATE OF ENTRY JAN 10 2000

Fee____
Proce__
X Dktd__
__CtRmDep__
Doc.No.____

goods for commerce, within the meaning of the Act, wages at a rate less the minimum hourly rates required by Section 6 of the Act.

2. Defendants shall not, contrary to Sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2) employ any employee in commerce or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty (40) hours, unless the employee receives compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he is employed.

3. Defendants shall not, contrary to Sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), fail to make, keep and preserve adequate and accurate records of the persons employed by them, and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations issued by the Administrator of the Employment Standards Administration, United States Department of Labor (29 C.F.R. Part 516)

4. Defendants shall not contrary to the provisions of Section 15(a)(1) of the Act, 29 U.S.C. § 215(a)(1), ship, deliver or sell with knowledge that shipment or delivery or sale thereof in commerce was intended, goods in the production of which any of their employees were employed in violation of 6, 7, and 15(a)(2) of the Act, 29 U.S.C. §[206,207, and 215(a)(2).

It is further ORDERED, ADJUDGED and DECREED that the defendants be and they hereby are enjoined and restrained from withholding minimum wage and/or overtime compensation in the total amount of $51,483.39 which the Court finds is due under the Act to defendants' employees named in Exhibit "A" attached hereto, in the amounts stated for the period February 1, 1998 to December 9, 1998. To comply with this provision of this Judgment defendant shall deliver to the plaintiff cashier's or certified checks payable to "Wage and Hour

Division-Labor" in the amounts and the times herein set forth:

Defendants have previously tendered $15,000 to plaintiff and agrees to pay the balance in installments of $500.00 per month in a total of 72 consecutive monthly installments and $483.39 for the 73 monthly installment. The first installment is due and payable on ~~Jan.~~ *Jul. 21*, ~~1999~~ *2000* and the remaining installments will be due and payable on or before the same day of each succeeding month thereafter until all installments have been paid. All payments are to be tendered to the U.S. Department of Labor, Wage and Hour Division, at 701 Loyola Avenue, Room 13028, New Orleans, Louisiana. The checks should be made payable to "Wage and Hour-Labor."

In consideration for the installment agreement, defendants agree that plaintiff may file a lien in the amount of $34,483.59 against the defendants's interest in the following properties:

A. a lot or parcel of ground 65 x 100 feet, designated as Lot H on Plan of Survey dated December 9, 1980, by Bodin & Webb, Inc., of a .21 acre and 1.53 acre tract of land located as shown thereon in Section 37, T9S, R8E, St. John the Baptist Parish, Louisiana, subdivided into plots A, B, C, D, E, F, G, H, I, J and K. This conveyance is subject to same reservations contained in Deed dated April 14, 1981, from Illinois Central Gulf Railroad Co., to Edgar C. Bourg, et ux.

B. a lot or parcel of ground measuring 65 x 100 feet, designated as Lot G on plan of survey dated December 9, 1980, by Bodin & Webb, Inc., of a 21 acre and 1.53 acre tract of land located as shown thereon in Section 37, T7S, R8E, St. John the Baptist Parish, Louisiana, subdivided into plots A, B, C, D, E, F, G, H, I, J and K. This conveyance is subject to same reservations contained in Deed dated April 24, 1981, from Illinois Central Gulf Railroad Co., to Edgar C. Bourg, et ux.

Plaintiff agrees to remove any lien placed on the above properties within 90 days after the monies due under this judgment have been paid in full .

. From the proceeds of said payments, plaintiff shall make appropriate distribution to the employees named in Exhibit A or to their estate and/or legal representative if necessary, in the respective amounts due said employees, less income tax and social security deductions. In the event that any of said money cannot be distributed and paid over by plaintiff within the period of

three (3) years after payment in full pursuant to this judgment because of inability to locate the proper persons or because of their refusal to accept such sums, the money shall be deposited with the Treasurer of the United States.

It is further ORDERED, that in the event of default by the defendant in the payment of any of the above-recited installments, the total balance remaining unpaid shall then become due and payable and interest shall be assessed against such remaining unpaid balance at the rate of 8% percent per annum from the date of this judgment until the total amount is paid in full.

It is further ORDERED that the right of any and all of defendants' employees not specifically named in Exhibit A attached hereto to bring an action under Section 16(b) of the Fair Labor Standards Act 29 U.S.C. §216(b), shall be restored and that neither the filing of this action nor the entry of this judgment shall be a bar to such action and that the statute of limitations in such action shall be deemed tolled during the pendency of this action.

The parties agree that the instant action is deemed to cover the period from February 1, 1998 to December 9, 1998. The parties therefore agree that the filing of this action and provisions of this judgment shall not be interpreted so as to prejudice or preclude the legal rights of the Secretary of Labor or of any employees of defendants in any action filed by the Secretary of Labor or by such employee under the Act covering violations alleged to have occurred after December 9, 1998.

It is further ORDERED that each party agrees to bear his or her own attorneys' fees, costs and other expenses incurred by such party in connection with any stage of this proceeding, including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

Dated this 7 day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

SOL Case No. 00-00238

| Defendants waive their defenses to plaintiff's complaint and consent to the entry of this judgment: | Plaintiff moves for entry of this judgment: |
|---|---|

MANCHAC SEAFOOD, INC.
MANCHAC CRAB CO. DIVISION, INC.

HENRY L. SOLANO
Solicitor of Labor

WILLIAM E. EVERHEART
Regional Solicitor

_____
Michael Robin
Individually and as Corporate
Officer

_____
JAMES E. CULP
Counsel for Employment
Standards
**PA Bar number 27668**

RSOL Case No. 0000238

# Summary of Unpaid Wages

## U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division



(Area Office Address)
701 Loyola Avenue,
New Orleans, LA 70113
(504)589-6321  Fax:(504)589-4751

Compliance Officer: **Carlos Morales II**

Date: **11/02/98**

Employer Fed. Tax ID Number: **72-1406720**

| 1. Name | 2. Address | 3. Period Covered by Workweek Ending Dates | | 4. Act(s) (see note below)* | 5. Gross Amounts Due |
|---|---|---|---|---|---|
| Aguilar, Maria | | 10/10/98 | 11/28/98 | 1 | 124.43 |
| Alvarado, Reyna | | 07/25/98 | 09/12/98 | 1 | 128.90 |
| Alvarez, Dulce Maria | | 05/30/98 | 08/08/98 | 1 | 130.23 |
| Beltran, Lorena | | 06/20/98 | 11/28/98 | 1 | 1,707.49 |
| Camacho, Eloisa | | 06/13/98 | 08/15/98 | 1 | 126.46 |
| Camacho, Micaela R. | | 05/30/98 | 08/01/98 | 1 | 214.91 |
| Camacho, Zoila | | 09/05/98 | 09/19/98 | 1 | 68.38 |
| Campos, Cristino Gaspar | | 02/28/98 | 11/28/98 | 1 | 3,315.23 |
| Campos, Sergio | | 07/04/98 | 11/28/98 | 1 | 1,985.34 |
| Campos, Telesforo G. | | 10/03/98 | 11/28/98 | 1 | 416.62 |
| Carrillo, Maria Dionici | | 10/17/98 | 11/28/98 | 1 | 142.85 |
| Chavez Ponce, Laura | | 02/28/98 | 08/08/98 | 1 | 451.54 |
| Chavez Ponce, Oralia | | 02/28/98 | 11/28/98 | 1 | 906.87 |
| Chavez, Marina | | 09/05/98 | 11/07/98 | 1 | 344.84 |
| Colli Ojeda, Maria Lansing | | 10/10/98 | 11/28/98 | 1 | 198.44 |
| Contrera, Esperanza | | 10/17/98 | 11/28/98 | 1 | 114.15 |
| Cruz, Luisa C. | | 05/30/98 | 11/28/98 | 1 | 733.43 |
| Espinoza Lopez, Angelica | | 09/05/98 | 11/28/98 | 1 | 422.72 |
| Estrada, Obed Acosta | | 03/07/98 | 08/27/98 | 1 | 1,383.38 |
| Flores Rediman, Maria Eliazar | | 09/05/98 | 11/28/98 | 1 | 572.98 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour Area Office address shown above by **01/14/99**

Signed: _____

Employer Name and Address:
**Manchac Seafood Inc,**

P.O BOX # 81
AKERS, LA 70421

TOTAL  **$51,483.39**

* Column 4-Code

FLSA    1
PCA     2
SCA     3
DBRA    4
CWHSSA  5
CCPA    6
FMLA    7

EXHIBIT A

# Summary of Unpaid Wages

## U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

(Area Office Address)
701 Loyola Avenue.
New Orleans, LA 70113
(504)589-6321  Fax:(504)589-4751

Compliance Officer: *Carlos Morales II*
Date: 11/02/99
Employer Fed. Tax ID Number: 72-1408720

| 1. Name | 2. Address | 3. Period Covered by Workweek Ending Dates | | 4. Act(s) (see note below)* | 5. Gross Amount Due |
|---|---|---|---|---|---|
| Fonseca, Alfreda | | 09/05/98 | 10/03/98 | 1 | 84.97 |
| Frias, Hortencia M. | | 04/11/98 | 11/28/98 | 1 | 1,200.80 |
| Gallardo, Sandoval, Paula | | 09/05/98 | 11/28/98 | 1 | 290.74 |
| Garay, Olivia | | 02/28/98 | 03/14/98 | 1 | 28.40 |
| Garcia, Judith | | 04/18/98 | 05/02/98 | 1 | 54.84 |
| Gomez Gomez, Etelvina | | 09/05/98 | 10/31/98 | 1 | 267.65 |
| Gomez, Reyna | | 09/05/98 | 09/19/98 | 1 | 71.42 |
| Guerrero Camacho, Imelda | | 09/05/98 | 11/28/98 | 1 | 584.36 |
| Guerrero G., Maria | | 02/28/98 | 08/08/98 | 1 | 350.83 |
| Guerrero, Benita | | 03/14/98 | 08/08/98 | 1 | 309.22 |
| Hernandez Hernandez, Aurora | | 09/05/98 | 11/28/98 | 1 | 354.31 |
| Hernandez Pineda, Irma | | 09/05/98 | 11/28/98 | 1 | 362.65 |
| Hernandez Rodriguez, Josefina | | 04/18/98 | 11/28/98 | 1 | 818.91 |
| Hernandez Sanabria, Maria Isab | | 04/04/98 | 11/28/98 | 1 | 1,277.83 |
| Hernandez, Dominga | | 03/07/98 | 08/15/98 | 1 | 493.67 |
| Hernandez, Emma | | 09/05/98 | 09/19/98 | 1 | 60.15 |
| Hernandez, Maribel M. Leon | | 04/25/98 | 09/19/98 | 1 | 172.10 |
| Hernandez, Prudenciana | | 02/28/98 | 11/28/98 | 1 | 1,181.34 |
| Hernandez, Rosa M. | | 03/21/98 | 06/13/98 | 1 | 278.99 |
| Hernandez, Seferina | | 09/05/98 | 11/28/98 | 1 | 540.79 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour Area Office address shown above by __01/14/99__

Signed:

Employer Name and Address:
**Manchac Seafood Inc,**

P.O BOX # 81
AKERS, LA 70421

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

# Summary of Unpaid Wages

## U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

(Area Office Address)
701 Loyola Avenue.
New Orleans, LA 70113
(504)589-6321  Fax:(504)589-4751

Compliance Officer: *Carlos Morales II*
Date: 11/02/99
Employer Fed. Tax ID Number: 72-1408720

| 1. Name | 2. Address | 3. Period Covered by Workweek Ending Dates | | 4. Act(s) (see note below)* | 5. Gross Amounts Due |
|---|---|---|---|---|---|
| Hernandez, Silvia | | 08/01/98 | 09/19/98 | 1 | 274.85 |
| Jimenez, Lorena Patrocinia | | 08/01/98 | 11/28/98 | 1 | 877.05 |
| Larios, Luisa Angela | | 09/05/98 | 09/05/98 | 1 | 23.52 |
| Lopez, Maria del Rocio | | 09/12/98 | 11/28/98 | 1 | 209.58 |
| Lora Ponce, Esmeralda | | 02/28/98 | 11/28/98 | 1 | 736.80 |
| Maranon Carranza, Daria | | 10/10/98 | 11/28/98 | 1 | 188.98 |
| Martinez G., Maria Angelica | | 02/28/98 | 08/08/98 | 1 | 251.80 |
| Martinez Molina, Alma Delia | | 07/18/98 | 11/28/98 | 1 | 682.19 |
| Martinez Monroy, Maria delos A | | 02/28/98 | 11/28/98 | 1 | 1,929.83 |
| Martinez, Irma Gabriela | | 02/28/98 | 11/28/98 | 1 | 507.37 |
| Martinez, Veronica | | 09/05/98 | 11/07/98 | 1 | 261.13 |
| Mayorga, Maria | | 02/28/98 | 04/04/98 | 1 | 80.93 |
| Medina, Delia Monte | | 02/28/98 | 06/06/98 | 1 | 212.45 |
| Medina, Maria Mirasol | | 02/21/98 | 06/06/98 | 1 | 516.99 |
| Medina, Rosa M. | | 02/28/98 | 11/28/98 | 1 | 733.25 |
| Mendez Loredo, Estela | | 09/05/98 | 11/28/98 | 1 | 332.42 |
| Molina, Gadelia | | 06/13/98 | 07/18/98 | 1 | 22.98 |
| Moncada, Luisa | | 04/18/98 | 04/25/98 | 1 | 36.03 |
| Monroy Martinez, Eloisa | | 02/28/98 | 11/28/98 | 1 | 959.44 |
| Monroy, Francisca | | 02/28/98 | 06/13/98 | 1 | 167.28 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour Area Office address shown above by __01/14/99__

Signed:

Employer Name and Address:
Manchac Seafood Inc,
P.O BOX # 81
AKERS, LA 70421

* Column 4-Code
FLSA    1
PCA     2
SCA     3
DBRA    4
CWHSSA  5
CCPA    6
FMLA    7

Employment Stand. Administration
Wage and Hour Division

| (Area Office Address) | Compliance Officer: Carlos Morales II | Date: 11/02/99 |
|---|---|---|
| 701 Loyola Avenue. New Orleans, LA 70113 (504)589-6321 Fax:(504)589-4751 | Employer Fed. Tax ID Number: 72-1406720 | |

| 1. Name | 2. Address | 3. Period Covered by Workweek Ending Dates | | 4. Act(s) (see note below)* | 5. Gross Amounts Due |
|---|---|---|---|---|---|
| Morales Rubio, Antonio | | 02/28/98 | 11/28/98 | 1 | 1,783.37 |
| Morales Rubio, Faustino Aristo | | 02/28/98 | 11/28/98 | 1 | 2,862.84 |
| Navarro, Maria | | 08/01/98 | 09/12/98 | 1 | 122.28 |
| Novato, Audelia M. | | 04/11/98 | 05/16/98 | 1 | 226.20 |
| Novato, Elena M. | | 04/11/98 | 05/09/98 | 1 | 130.63 |
| Olgin, Rosalina | | 07/25/98 | 08/01/98 | 1 | 51.37 |
| Oliva Trejo, Lucia | | 09/12/98 | 11/28/98 | 1 | 363.88 |
| Pena, Veronica | | 07/18/98 | 09/12/98 | 1 | 193.73 |
| 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 Perez Camacho, Clara | | 02/28/98 | 05/16/98 | 1 | 478.72 |
| Perez, Irma C. | | 02/28/98 | 05/16/98 | 1 | 200.49 |
| Perez, Maria | | 11/21/98 | 11/21/98 | 1 | 82.33 |
| Perez, Rocio | | 09/05/98 | 09/12/98 | 1 | 42.70 |
| Perez, Rosa C. | | 02/28/98 | 05/16/98 | 1 | 176.80 |
| Pina, Antonia | | 08/01/98 | 11/14/98 | 1 | 568.44 |
| Ponce Munoz, Idalia | | 09/12/98 | 11/21/98 | 1 | 312.82 |
| Ponce, Apolinar | | 10/24/98 | 11/28/98 | 1 | 154.39 |
| Rojo, Maria del Rosario | | 01/31/98 | 11/28/98 | 1 | 525.42 |
| Rubio O, Simeon | | 02/28/98 | 06/06/98 | 1 | 1,139.39 |
| Rubio, Perfecta | | 08/01/98 | 10/03/98 | 1 | 181.04 |
| Sanabria Morales, Marina | | 10/17/98 | 10/31/98 | 1 | 29.00 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour Area Office address shown above by __01/14/99__

Signed:

Employer Name and Address:

Manchac Seafood Inc,

P.O BOX # 81
AKERS, LA 70421

* Column 4-Code

FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
FMLA 7

## Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Area Office Address)
701 Loyola Avenue,
New Orleans, LA 70113
(504)589-6321  Fax:(504)589-4751

Compliance Officer: Carlos Morales II
Date: 11/02/99
Employer Fed. Tax ID Number: 72-1408720

| 1. Name | 2. Address | 3. Period Covered by Workweek Ending Dates | | 4. Act(s) (see note below)* | 5. Gross Amounts Due |
|---|---|---|---|---|---|
| Sanchez Garcia, Maria Luisa | | 06/13/98 | 11/28/98 | 1 | 663.98 |
| Sanchez, Amelia | | 02/28/98 | 04/04/98 | 1 | 113.90 |
| Sanchez, Magdalena | | 02/28/98 | 06/13/98 | 1 | 493.89 |
| Sandoval Cuevas, Maria Isabel | | 09/05/98 | 11/21/98 | 1 | 211.53 |
| Santiago Garay, Laureana | | 09/05/98 | 11/21/98 | 1 | 329.34 |
| Serrano, Imelda | | 10/10/98 | 11/21/98 | 1 | 155.11 |
| Serrano, Teresa | | 10/10/98 | 11/21/98 | 1 | 546.38 |
| Soto, Benita | | 02/28/98 | 03/21/98 | 1 | 32.83 |
| Tinajero, Maria | | 04/11/98 | 06/13/98 | 1 | 404.38 |
| Trejo Alarcon, Rocio | | 10/10/98 | 11/28/98 | 1 | 172.12 |
| Trejo Munoz, Ana Laura | | 09/05/98 | 11/14/98 | 1 | 407.70 |
| Trejos Trejos, Fernando | | 02/28/98 | 11/28/98 | 1 | 2,864.49 |
| Trejos Trejos, Tomas | | 07/11/98 | 11/28/98 | 1 | 1,676.51 |
| Vanegas Reyes, Mireya | | 10/17/98 | 10/31/98 | 1 | 25.50 |
| Vargas, Silvia | | 05/02/98 | 08/15/98 | 1 | 128.80 |
| Vasquez, Maria | | 09/05/98 | 11/21/98 | 1 | 122.45 |
| Villalba, Maria de La Luz | | 10/10/98 | 11/14/98 | 1 | 110.07 |
| Zea, Claudia | | 09/05/98 | 11/28/98 | 1 | 448.95 |
| Zuniga Camacho, Juana | | 05/30/98 | 11/28/98 | 1 | 1,715.89 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour Area Office address shown above by 01/14/99

Signed:

Employer Name and Address:
Manchac Seafood Inc,
P.O BOX # 81
AKERS, LA 70421

* Column 4-Code
FLSA   1
PCA    2
SCA    3
DBRA   4
CWHSSA 5
CCPA   6
FMLA   7